UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CR-00027-TBR

UNITED STATES OF AMERICA                                         Plaintiff

v.

ROBERT D. BLAINE                                                 Defendant


**MEMORANDUM OPINION AND ORDER**

This matter is before the Court upon Defendant Robert D. Blaine's "Motion for Production of Material Pursuant to *Brady v. Maryland* in Regards to Government Witnesses and Informants." (Docket No. 87.) The Government has responded. (Docket No. 106.) This matter is now ripe for adjudication.

The Court agrees with the Government that they are not required to disclose the identity of a testifying informant in advance of trial. *See United States v. Perkins*, 994 F.2d 1184, 1190 (6th Cir. 1993); *United States v. Brice*, 2009 WL 2043554 (W.D. Ky. July 9, 2009); *United States v. Stone*, 2012 WL 113486, at *3-*4 (E.D. Mich. Jan. 13, 2012). Furthermore, the Government has said it will produce all material pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and the scheduling order, (Docket No. 1), requires disclosure. The Court encourages the Government to produce this material as soon as possible, and in time for effective use at trial.

Accordingly, the Court will **DENY** Defendant's Motion for Production of Material Pursuant to *Brady v. Maryland* as moot.

IT IS SO ORDERED.

Date:

cc:  Counsel